

FILED

MAR 1 8 2020

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

          v.

ELAN LEROY GWYNN,

          Defendant.

Case No. **20MJ1150**

COMPLAINT FOR VIOLATION OF

Title 49, U.S.C. Section
46505(b)(1) — Carrying a Weapon or
Explosive on an Aircraft

    The undersigned complainant being duly sworn states:

    On or about March 17, 2020, within the Southern District of California, defendant ELAN LEROY GWYNN, when attempting to get on American Airlines Flight AA1064 from San Diego International Airport to Dallas/Fort Worth International Airport, an aircraft that was in or was intended for operation in air transportation or intrastate air transportation, did knowingly have on or about his person or property a concealed dangerous weapon, to wit: a Glock 19 replica ghost gun with a fifteen-round magazine loaded with eleven 9 millimeter rounds of ammunition, that was and would have been accessible to him in flight, in violation of Title 49, United States Code, Section 46505.

    This complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

                                      _____

                                      SPECIAL AGENT ZACHARY WEIGEL
                                      FEDERAL BUREAU OF INVESTIGATION

Sworn to before me and subscribed in my presence, this 18 day of March, 2020.

                                      _____

                                      HONORABLE MITCHELL D. DEMBIN
                                      UNITED STATES MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

On or about March 17, 2020, defendant ELAN LEROY GWYNN, when attempting to get on American Airlines Flight AA1064 from San Diego International Airport to Dallas/Fort Worth International Airport and later American Airlines Flight AA20 from Dallas/Fort Worth to London Heathrow, did knowingly have a concealed dangerous weapon in his carry-on luggage that was and would have been accessible to him in flight.

At approximately 8:45 am, GWYNN entered the San Diego International Airport, which is located in the Southern District of California. GWYNN was traveling with his mother. They both checked in at the ticket counter at approximately 9:00 am. GWYNN's mother checked three pieces of luggage, and the two proceeded to the Transportation Security Administration (TSA) security checkpoint five, which is located in terminal two.

At the checkpoint, GWYNN presented his identification and boarding pass. GWYNN then entered lane seven and placed his carry-on bag on the conveyor belt for the X-ray machine. A TSA Officer identified an object that appeared to be a loaded firearm in GWYNN's bag on the X-ray machine. Per TSA procedure, a TSA supervisor was notified and subsequently the San Diego Harbor Police Department (HPD) were called.

At the same time his bag was being scanned GWYNN was being processed through the body scanner, which showed an anomaly in his groin area. GWYNN said "I have chapstick," and a TSA Officer conducted a pat-down. The officer discovered a vial that contained a white substance. TSA notified HPD about the vial.

HPD Officer Bishop responded at approximately 9:30 am. Officer Bishop approached GWYNN and asked if the bag was his. GWYNN stated that it was his bag. Officer Bishop asked if there was anything dangerous

inside. GWYNN stated "yes, my gun." GWYNN then said the gun belonged to his friend but that he could not remember his friend's name. GWYNN's mother stated that her son had been stressed and forgot that he put the gun in the bag, and that the gun belonged to her deceased husband. GWYNN then stated that it was his father's gun. Officer Bishop asked GWYNN if he was on probation or parole. GWYNN stated he was not, but that he has a felony conviction related to narcotics.

Officer Bishop retrieved GWYNN's bag and took it into a room to secure the firearm, a Glock 19 replica ghost gun with a fifteen-round magazine loaded with eleven 9 millimeter rounds of ammunition.[1] The gun was loose in the bottom of the bag.

After securing the firearm, Officer Bishop returned and told GWYNN that he was going to be taken into custody. At that time, Office Bishop observed a vial in GWYNN's hand. GWYNN said the vial contained "salt for my margaritas." GWYNN later admitted that the vial contained methamphetamine.

Defendant was secured and taken to the HPD security office where he was placed under arrest at approximately 5:00 pm.

---

[1]   A "ghost gun" is a firearm made by an individual without a serial number or other identifying markings.